■ The People of the State of New York, Respondent, v Mario Bland, Appellant. [632 NYS2d 463] —Judgment, Supreme Court, New York County (Paul Bookson, J.), rendered August 2, 1993, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $4^3/_4$ to $9^1/_2$ years, unanimously affirmed.

Defendant's argument that the prosecutor's summation constituted improper vouching for the credibility of a police officer is unpreserved as a matter of law, and we decline to review it in the interest of justice (*People v Tardbania*, 72 NY2d 852). Were we to review it, we would find defendant's argument to be meritless. The prosecutor's comments concerning the credibility of the officer were a fair response to defense argument that the officer, who had observed one sale while he was on a bus, and another drug transaction from a street-level vantage point, was lying, due to his bias, hostility, and desire to advance his career and/or to cover up a mistake (*People v Bolden*, 216 AD2d 45). Concur—Rosenberger, J. P., Asch, Williams and Mazzarelli, JJ.